# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| DABONA TANG,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>PAMELA BONDI, et al.,<br><br>　　　　　　　Respondent. | Case No. 2:25-cv-01473-RAJ-TLF<br><br>ORDER APPOINTING FEDERAL PUBLIC DEFENDERS |

Petitioner filed a Motion to Appoint Counsel in this 28 U.S.C. § 2241 immigration habeas action. Dkt. 2. Petitioner also submitted a Letter from the Federal Public Defender's Office indicating their willingness to represent him in this case. Dkt 2-1. Having considered the Motion and the balance of the record, the Court finds and **ORDERS**:

　　(1)　The Court is in receipt of a letter from the Federal Public Defender's Office indicating this case falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001). Dkt. 2-1. Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B).

　　(2)　Petitioner must, within 30 days, submit a sworn declaration detailing the total amount of funds currently available to him as well as any liabilities or financial obligations detracting from that sum to confirm his financial eligibility for appointment of

ORDER APPOINTING FEDERAL PUBLIC
DEFENDERS - 1

1  counsel. *See* 18 U.S.C. § 3006A(a)(2)(B) ("Whenever the United States magistrate
2  judge or the court determines that the interests of justice so require, representation may
3  be provided for *any financially eligible person* who…is seeking relief under section
4  2241[.]") (emphasis added).

5      (3)    Accordingly, Petitioner's request for appointment of counsel is **GRANTED**,
6  with the condition that Petitioner must demonstrate his financial eligibility for court-
7  appointed counsel within 30 days. Dkt. 2. The Court **APPOINTS** the Federal Public
8  Defender to represent Petitioner in these proceedings.

9      (4)    The Clerk shall send copies of this Order to Petitioner, to the Federal
10 Public Defender, to counsel for Respondents, and to the Honorable Richard A. Jones.
11 Dated this 7th day of August, 2025.

*[Signature]*

Theresa L. Fricke
United States Magistrate Judge

ORDER APPOINTING FEDERAL PUBLIC
DEFENDERS - 2