# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DABONA TANG,<br><br>               Petitioner,<br><br>v.<br><br>PAMELA BONDI, *et al.*,<br><br>               Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:25-cv-01473-RAJ |

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Judgment is entered in favor of Petitioner against Respondents.


DATED this 11th day of December, 2025.

                                            RAVI SUBRAMANIAN
                                            Clerk of the Court

                                            By:  /s/ *Victoria Ericksen*
                                                       Deputy Clerk